UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMERICAN CYANAMID COMPANY and ROHM AND HAAS COMPANY

v.

3M CORPORATION; A. CAPUANO BROS INC., ET AL.

C.A. No. 99-472 ML

# SATISFACTION OF JUDGMENT

Notice is hereby given that the Judgment and the Amended Judgment entered in this case against Defendants, Daniel J. Capuano and Jack Capuano have been satisfied, and that the resulting executions levied on the following properties of said Defendants may be, and hereby are, released.

The real estate on which the executions were levied is as follows:

The Real Estate of Jack Capuano described by the Cranston Tax Assessor as **Plat 10, Lot 157 with a street address of 145 Capuano Ave.**

The Real Estate of Jack Capuano described by the Cranston Tax Assessor as **Plat 10, Lot 263 with a street address of 50 Capuano Ave.**

The Real Estate of Jack Capuano described by the Cranston Tax Assessor as **Plat 10, Lot 266 with a street address of 34 Capuano Ave.**

The Real Estate of Jack Capuano described by the Cranston Tax Assessor as **Plat 10, Lot 269 with a street address of Capuano Ave.**

The Real Estate of Jack Capuano described by the Cranston Tax Assessor as **Plat 10, Lot 270 with a street address of Capuano Ave.**

The Real Estate of Jack Capuano described by the Cranston Tax Assessor as **Plat 10, Lot 271 with a street address of 20 Capuano Ave.**

The Real Estate of Jack Capuano described by the Cranston Tax Assessor as **Plat 10, Lot 272 with a street address of Corner Kearney & Harvard Sts.**

The Real Estate of Jack Capuano described by the Cranston Tax Assessor as **Plat 10, Lot 273 with a street address of 9 Kearney St.**

The Real Estate of Jack Capuano described by the Cranston Tax Assessor as **Plat 10, Lot 277 with a street address of 19 Kearney St.**

The real estate of Daniel J. Capuano, Jr. described by the Jamestown Tax Assessor as **Plat 2, Lot 69 with a street address of 648 East Shore Road.**

The Real Estate of Daniel J. Capuano, Jr. is described by the Narragansett Tax Assessor as **Plat NA, Lot 17 with a street address of 55 Overlook Road.**

Plaintiff, Rohm and Haas Company,
By its attorneys

Michael W. Carroll /GHR
Michael W. Carroll (#4802)
72 Pine Street
Providence, RI 02903
Ph: 401 454-4900
Fax: 401 454-4902

George H. Rinaldi (#5599)
LITTLE, MEDEIROS, KINDER, BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 272-8195 fax

John M. Armstrong /GHR
John M. Armstrong (admitted *pro hac vice*)

Richard A. Barkasy /GHR
Richard A. Barkasy (admitted *pro hac vice*)
SCHNADER HARRISON SEGAL & LEWIS LLP
Suite 200, Woodland Falls Corporate Center
220 Lake Drive East
Cherry Hill, NJ 08002

Dennis R. Suplee
SCHNADER HARRISON SEGAL & LEWIS LLP
Suite 3600, 1600 Market Street
Philadelphia, PA 19103

Of Counsel

Dated: December 15, 2004